# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KERRY E. WILBANKS, and individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CMH HOMES, INC., a foreign corporation )<br>doing business in the State of Alabama, )<br>)<br>Defendant. ) | Case No. 2:18-cv-0670-JEO |

## ORDER

A joint stipulation of dismissal with prejudice has been filed, signed by counsel for all parties who have appeared.  (Doc. 12).  Accordingly, this action is **DISMISSED WITH PREJUDICE**, with costs taxed as paid.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk is **DIRECTED** to close the file.

**DONE**, this 14th day of January, 2019.

*John E. Ott*
_____
**JOHN E. OTT**
Chief United States Magistrate Judge